No. 253. B. S. WHEELER AND M. S. GALASSO *v.* GALEN
D. PUE. See *ante*, p. 483.

No. 165. HARLIN *v.* GAGE. See p. 484.

No. 347. JOE GENNA *v.* STATE OF LOUISIANA; and
No. 351. MOLTON BRASSEAUX *v.* STATE OF LOUISIANA.
On petitions for writs of certiorari to the Supreme Court
of the State of Louisiana. October 10, 1927. The mo-
tions for leave to proceed further herein *in forma pauperis*
are denied for the reason that the Court, upon examina-
tion of the unprinted records herein submitted, finds that
there are no grounds upon which certiorari can be issued,
application for which is therefore hereby also denied.

The costs already incurred herein by direction of the
Court shall be paid by the clerk from the special fund in
his custody, as provided in the order of October 29, 1926.
*Mr. M. G. Adams* for petitioner in No. 347. *Messrs.
Molton Brasseaux, pro se,* and *Charles McCoy* for peti-
tioner in No. 351. *Messrs. Percy Saint, John J. Robira*
and *E. R. Schowalter* for respondent.